UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                            :
:
      -v-                                                          :      21-CR-319 (PAE)
:
CARLOS CABAN,                                                        :      SCHEDULING ORDER
:
                Defendant.                                       :
:
---------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court schedules an arraignment and substitution of counsel proceeding in this case for **June 16, 2021** at **2:30 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Outgoing counsel **must** be present at this conference. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

        SO ORDERED.

Dated: June 9, 2021
       New York, New York

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge