

July 22, 2021

**Via ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States of America v. Carlos Caban*
               Ind. No.: 21 Cr. 319 (PAE)

Dear Judge Engelmayer:

    I have recently been assigned to represent Mr. Caban as CJA counsel. A status conference is presently scheduled for August 2, 2021. However, the parties are engaged in plea negotiations that may result in a resolution of the matter prior to trial. It is therefore respectfully requested that the Court adjourn our upcoming conference to September 14, 2021. I have no objection to excluding time under the Speedy Trial Act until that date.

    Thank you for your consideration.

                            Very truly yours,

                            SULLIVAN|BRILL, LLP

                            _____
                            By: Steven Brill

The conference is adjourned until September 14, 2021 at 11:30 a.m. Time is excluded until 18 U.S.C. 3161(h)(7)(A) until that date, to enable the parties to continue to discuss a potential resolution. The Clerk of Court is requested to terminate the motion at Dkt. No. 13.

                SO ORDERED.                7/22/2021

                          _____
                          PAUL A. ENGELMAYER
                          United States District Judge