UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
          -v-                                                           :            21-CR-319 (PAE)
                                                                        :
CARLOS CABAN,                                                           :            SCHEDULING ORDER
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

          The Court schedules pretrial conference in this case for **September 14, 2021** at **11:30**

**a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York,

NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of

COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of

all involved, the Court requests that members of the public who wish to attend this conference

use the following dial in information to access the conference; call 888-363-4749 and use access

code 468-4906.


          SO ORDERED.

Dated: September 8, 2021                          _____
       New York, New York                             PAUL A. ENGELMAYER
                                                      United States District Judge